66 F.3d 905w
 64 USLW 2199, 19 Employee Benefits Cas. 2014
 Erin C. SMITH, Plaintiff-Appellee,
v.
OFFICE OF CIVILIAN HEALTH AND MEDICAL PROGRAM OF the
UNIFORMED SERVICES, a subdivision of the Department of
Defense of the United States of America; William Perry, in
his official capacity as the Secretary of Defense of the
United States of America, Defendants-Appellants.
 No. 94-3744.
 United States Court of Appeals,
Seventh Circuit.
 Argued May 9, 1995.
Decided Sept. 26, 1995.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION